UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GUANGZHOU KOMASPEC MECHANICAL AND ELECTRICAL PRODUCTS MANUFACTURING CO. LTD., | : : : : |
| Plaintiff, | : : |
| v. | : : : |
| FORGE LLC, | : : |
| Defendant. | : |

C.A. No. 2023CV00497

## DISMISSAL STIPULATION

Plaintiff and Counterclaim Defendant Guangzhou Komaspec Mechanical and Electrical Products Manufacturing Co. Ltd. ("Komaspec") and Defendant and Counterclaim Plaintiff Forge, LLC ("Forge") (collectively, the "Parties") hereby stipulate as follows: (1) Komaspec's Complaint against Forge is dismissed with prejudice; (2) Forge's Counterclaim against Komapsec is dismissed with prejudice; (3) the Parties shall bear their own costs and attorneys' fees, and (4) all rights of appeal are waived.

| | |
|---|---|
| Plaintiff/Counterclaim-Defendant, GUANGZHOU KOMASPEC MECHANICAL AND ELECTRICAL PRODUCTS MANUFACTURING CO. LTD., By its Attorneys, | Defendant/Counterclaim-Plaintiff FORGE, LLC By its attorney, |
| /s/ *William H. Wynne, IV* <br> William H. Wynne, IV (#9020) <br> Jeffrey S. Brenner (#4369) <br> NIXON PEABODY LLP <br> One Citizens Plaza, 5th Floor <br> Providence, RI  02903 <br> Tel:    (401) 454-1127 <br> Fax:   (844) 277-6379 <br> Email: wwynne@nixonpeabody.com <br>             jbrenner@nixonepeabody.com | /s/ *Harris K. Weiner* <br> Harris K. Weiner, (#3779) <br> HARRIS K. WEINER LAW <br> 197 Taunton Avenue <br> East Providence, RI  02914 <br> Tel.:    (401) 437-4450 <br> Fax:    (401) 438-1630 <br> E-mail:  harris@hkweinerlaw.com |

4936-2469-3632.1

*/s/ Kate E. MacLeman*
Kate E. MacLeman (#684962)(*admitted pro hac vice*)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel: 617-570-3932
Fax: 617-801-8955
kmacleman@goodwinlaw.com

Dated: December 29, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically served a copy of the within Document via the Court's Electronic Filing System to all counsel of record registered and able to receive Electronic Filings in this case on this 29th day of December, 2025.

                                                /s/ William H. Wynne, IV